**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Victor Vu Nguyen**
293 Grand Manor Dr.
Marietta, GA 30068

xxx−xx−9182

Case No.: **20−65736−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **12/28/20**

Government proof of claim: **12/28/20**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  September 29, 2020

Form ntcpoc

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 20-65736-pwb

Victor Vu Nguyen Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: avilesj | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: ntcpoc | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Vu Nguyen, 293 Grand Manor Dr., Marietta, GA 30068-3689 |
| 23059515 | + | County Of Orange/Child Support Services, Attn: Bankruptcy, Po Box 22099, Santa Ana, CA 92702-2099 |
| 23059516 | + | Credit Control Corporation, Attn: Bankruptcy, Po Box 120568, Newport News, VA 23612-0568 |
| 23059518 | + | Infiniti Financial Services, Nissan Motor Accep Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 23059519 | + | SCE (Southern California Edison), Attn: Bankruptcy, Po Box 800, Rosemead, CA 91770-0800 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSGHAYS.COM | Sep 30 2020 00:58:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| 23059512 | + | EDI: AMEREXPR.COM | Sep 30 2020 00:58:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 23059513 | + | EDI: BANKAMER.COM | Sep 30 2020 00:53:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 23059517 | + | EDI: CRFRSTNA.COM | Sep 30 2020 00:53:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 23059514 | | EDI: JPMORGANCHASE | Sep 30 2020 00:58:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Infiniti Financial Services |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: avilesj | Page 2 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: ntcpoc | Total Noticed: 10 |

Date: Oct 01, 2020          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Daniel E. Raskin
on behalf of Debtor Victor Vu Nguyen danieleraskin1@gmail.com;R52148@notify.bestcase.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays
ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com

TOTAL: 3