UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VICTOR VU NGUYEN, | : | CASE NO. 20-65736-PWB |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

      This is to certify that on November 3, 2020, I, S. Gregory Hays, caused to be served a true and correct copy of the Notice of Pleading, Deadline to Object, and for Hearing [Doc No. 25] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

      Office of the United States Trustee
      362 Richard B. Russell Building
      75 Ted Turner Drive, SW
      Atlanta, GA 30303

      Daniel E. Raskin
      Law Clinic of Daniel E. Raskin
      Suite 114
      325 Hammond Drive
      Atlanta, GA 30328

      Victor Vu Nguyen
      293 Grand Manor Dr.
      Marietta, GA 30068

      This is to certify further that on November 3, 2020, I, S. Gregory Hays, caused to be served true and correct copies of the Notice of Pleading, Deadline to Object, and for Hearing [Doc No. 25] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

      This 3rd day of November, 2020.

                                                                  */s/ S. Gregory Hays*
                                                                  S. Gregory Hays
                                                                  Chapter 7 Trustee

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

JPMORGAN CHASE BANK N A
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
MONROE, LA 71203-4774

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Credit Control Corporation
Attn: Bankruptcy
Po Box 120568
Newport News, VA 23612-0568

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

County Of Orange/Child Support Serv
Attn: Bankruptcy
Po Box 22099
Santa Ana, CA 92702-2099

Infiniti Financial Services
Nissan Motor Accep Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Serv.
PO Box 9013
Addison, TX 75001-9013

SCE (Southern California Edison)
Attn: Bankruptcy
Po Box 800
Rosemead, CA 91770-0800

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Wells Fargo
PO Box 48724
Kansas City, MO