UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: VICTOR VU NGUYEN            *
                                                         *     CHAPER 7
                                                         *     CASE NO. 20-65736

Debtor

**Notice of Change of Address**

Now Comes the Debtor, by and through counsel, and advises of his change of address. His new address is 2107 Monterey Parkway, Sandy Springs, GA. 30350

This __20th__ day November, 2020.

                                                                 /s/
                                                   Daniel E. Raskin
                                                   Attorney for Debtor
                                                   Bar No. 594950

325 Hammond Drive
Atlanta, GA 30328
404-255-8878

Certificate of Service

This is to certify that I have served the Chapter 7 Trustee, Greg Hays, and the US Trustee, electronically or by US Mail, postage prepaid, this 20th day of November, 2020.

                                                                 /s/
                                                   Daniel E. Raskin
                                                   Attorney for Debtor
                                                   Bar No. 594950

325 Hammond Drive
Atlanta, GA 30328
404-255-8878