

**IT IS ORDERED as set forth below:**

Date: December 8, 2020

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VICTOR VU NGUYEN, | : | CASE NO. 20-65736-PWB |
| | : | |
| Debtor. | : | |

**ORDER APPROVING SETTLEMENT WITH DEBTOR UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 9019**

On November 3, 2020, S. Gregory Hays, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Victor Vu Nguyen ("Debtor"), filed a *Motion for Compromise and Settlement* [Doc. No. 24] (the "Motion") and a *Notice of Pleading, Deadline to Object, and For Hearing* and [Doc. No. 25] (the "Notice") seeking an order approving a settlement between Trustee and Victor Vu Nguyen ("Mr. Nguyen") of a Preference Claim for the sum of $6,000.00. Under the terms of the Settlement, *inter alia*, Mr. Nguyen shall pay a total of $6,000.00 to Trustee via a $3,000 down payment and

three monthly payments of $1,000.00. The complete terms of the settlement are set forth in the Motion.

The court has considered the Motion and all other matters of records, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion.

Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement is approved.  It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

By:/s/ *S. Gregory Hays*
    S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

Daniel E. Raskin
Law Clinic of Daniel E. Raskin
Suite 114
325 Hammond Drive
Atlanta, GA 30328

Victor Vu Nguyen
293 Grand Manor Dr.
Marietta, GA 30068