**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  NGUYEN, VICTOR VU § Case No. 20-65736-PWB
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/21/2020. The undersigned trustee was appointed on 04/21/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        6,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 16.96 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 5,983.04 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/28/2020 and the deadline for filing governmental claims was 12/28/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $30.37 for total expenses of $30.37[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/25/2021　　　　　　　　　　　　By: /s/ S. Gregory Hays
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 20-65736-PWB
**Case Name:** NGUYEN, VICTOR VU
**For Period Ending:** 02/25/2021

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 04/21/2020 (f)
**§ 341(a) Meeting Date:** 05/27/2020
**Claims Bar Date:** 12/28/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 Infiniti QX70, 63000 miles<br>Notice of Abandonment filed, Dkt # 19. | 17,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | home furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Bank of America | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Preference Claim (u)<br>Settled per Order, Dkt # 28. | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$29,250.00** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2021    **Current Projected Date Of Final Report (TFR):** 02/25/2021 (Actual)

02/25/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

| | Form 2 | | Exhibit B |
|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | Page: 1 |

| | | |
|---|---|---|
| **Case No.:** 20-65736-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** NGUYEN, VICTOR VU | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***0747 | **Account #:** | ******0358 Checking |
| **For Period Ending:** 02/25/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/12/20 | {5} | Victor Nguyen | Preference Settlement payment per Order, Dkt # 28. Pmt 1 of 4. | 1241-000 | 3,000.00 | | 3,000.00 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,995.00 |
| 12/18/20 | {5} | Victor Nguyen | Preference Settlement payment per Order, Dkt # 28. Pmt 2 of 4. | 1241-000 | 1,000.00 | | 3,995.00 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.79 | 3,989.21 |
| 01/29/21 | {5} | Victor Nguyen | Preference Settlement payment per Order, Dkt # 28. Pmt 3 of 4. | 1241-000 | 1,000.00 | | 4,989.21 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 6.17 | 4,983.04 |
| 02/18/21 | {5} | Victor Nguyen | Preference Settlement payment per Order, Dkt # 28. Pmt 4 of 4. | 1241-000 | 1,000.00 | | 5,983.04 |
| | | **COLUMN TOTALS** | | | 6,000.00 | 16.96 | $5,983.04 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 6,000.00 | 16.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$6,000.00** | **$16.96** | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-65736-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | NGUYEN, VICTOR VU | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0747 | **Account #:** | ******0358 Checking |
| **For Period Ending:** | 02/25/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $6,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0358 Checking | $6,000.00 | $16.96 | $5,983.04 |
| | $6,000.00 | $16.96 | $5,983.04 |

02/25/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 20-65736-PWB          VICTOR VU NGUYEN

Claims Bar Date: 12/28/20

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>02/19/21 | | $1,350.00<br>$1,350.00 | $0.00 | $1,350.00 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>01/20/21 | | $30.37<br>$30.37 | $0.00 | $30.37 |
| 3 | Orange DCSS<br>CALIFORNIA STATE DISBURSEMENT UNIT<br>PO BOX 989067<br>West Sacramento, CA 95798-9067<br><5100-000 Domestic Support Obligations - § (507)(a)(1)><br>, 500 | Priority<br>11/02/20 | | $2,051.06<br>$2,051.06 | $0.00 | $2,051.06 |
| 1 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/19/20 | | $17,084.56<br>$17,084.56 | $0.00 | $17,084.56 |
| 2 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 15368<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/22/20 | | $26,517.37<br>$26,517.37 | $0.00 | $26,517.37 |
| | | | Case Total: | | $0.00 | $47,033.36 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-65736-PWB
Case Name: VICTOR VU NGUYEN
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 5,983.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,983.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - S. Gregory Hays | 30.37 | 0.00 | 30.37 |

Total to be paid for chapter 7 administrative expenses: $ 1,380.37
Remaining balance: $ 4,602.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,602.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,051.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Orange DCSS | 2,051.06 | 0.00 | 2,051.06 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 2,051.06 |
|---|---|---|---|
|  | Remaining balance: | $ | 2,551.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,601.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank | 17,084.56 | 0.00 | 999.80 |
| 2 | JPMorgan Chase Bank, N.A. | 26,517.37 | 0.00 | 1,551.81 |

|  | Total to be paid for timely general unsecured claims: | $ | 2,551.61 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)