UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VICTOR VU NGUYEN, | : | CASE NO. 20-65736-PWB |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 16th day of March, 2021.

                                                         */s/ S. Gregory Hays*
                                                     S. Gregory Hays
                                                     Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
MONROE, LA 71203-4774

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Daniel E. Raskin
Law Clinic of Daniel E. Raskin
Suite 114
325 Hammond Drive
Atlanta, GA 30328-5026

Credit Control Corporation
Attn: Bankruptcy
Po Box 120568
Newport News, VA 23612-0568

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

County Of Orange
Child Support Services
Attn: Bankruptcy
Po Box 22099
Santa Ana, CA 92702-2099

Infiniti Financial Services
Nissan Motor Accep Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Serv LLC
PO Box 9013
Addison, TX 75001-9013

SCE
Southern California Edison
Attn: Bankruptcy
Po Box 800
Rosemead, CA 91770-0800

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Victor Vu Nguyen
2107 Monterey Parkway
Sandy Springs, GA 30350